IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEAN COULTER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 11-1201 |
| v. | ) | |
| | ) | Judge Bissoon |
| THOMAS J. DOERR, | ) | Magistrate Judge Mitchell |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

On October 3, 2011, this case was referred to United States Magistrate Judge Robert C. Mitchell for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Rules 72.C and 72.D of the Local Rules for Magistrates.

On February 8, 2012, the magistrate judge issued a Report (Doc. 22) recommending that Defendant's Motion to Dismiss (Doc. 16) be granted. Service of the Report and Recommendation was made on the parties, and Plaintiff filed Objections on February 22, 2012. *See* Doc. 23.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, it is hereby ORDERED that Defendant's Motion to Dismiss (**Doc. 16**) is **GRANTED**.

The Report and Recommendation of Magistrate Judge Robert C. Mitchell dated February 8, 2012 is hereby adopted as the Opinion of the District Court.

February 28, 2012

s\Cathy Bissoon
Cathy Bissoon
United States District Judge

cc (via ECF email notification):

All Counsel of Record

cc (via First-Class U.S. Mail):

Jean Coulter
4000 Presidential Boulevard
Apartment #507
Philadelphia, PA  19131